PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00392-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION; FINDINGS AND ORDER |
| v. | DATE: September 19, 2016 |
| EDUARDO ORTEGA CHAVEZ, | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 19, 2016.

2. By this stipulation, defendant now moves to continue the status conference until November 7, 2016. Time has previously been excluded to and through March 7, 2017, the date set for jury trial.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government is scheduled to be out of state at a training seminar on the date currently set for status conference.

   b) Counsel for the government and the defendant desire additional time to review the discovery, conduct further investigation, consider a global resolution and negotiate the matter.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, time has previously been excluded to and through March 7, 2017, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 15, 2016         PHILLIP A. TALBERT
                                   Acting United States Attorney

                                    /s/ LAUREL J. MONTOYA
                                   LAUREL J. MONTOYA
                                   Assistant United States Attorney

Dated:  September 15, 2016          /s/ RICHARD A. BESHWATE, JR.
                                   RICHARD A. BESHWATE, JR.
                                   Counsel for Defendant
                                   EDUARDO ORTEGA CHAVEZ

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

**ORDER**

IT IS SO ORDERED.

Dated:  **September 15, 2016**           /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE